Name: LAWRENCE McDavid

Address: _____

Phone: (657) 319-5052

Fax: _____

In Pro Per

[Stamp: FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT SEP 13 2023 CENTRAL DISTRICT OF CALIFORNIA BY DVE DEPUTY]

IFP Submitted

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE McDavid

Plaintiff

v.

Anaheim Global   Defendant(s).

CASE NUMBER:

8:23-cv-01702-WLH-(JDEx)

To be supplied by the Clerk of
The United States District Court

Complaint

Jan 2, 2019 Plaintiff mother passed away
Plaintiff mother was taken to Anaheim Global Hospital perform CPR.
Plaintiff mother was pronounced dead
Plaintiff some time later call to check on her remains
Plantiff was told that hospital never received a body
Plantiff call Emergency desk and was told that hospital Records show no body was received
Plaintiff contacted Cheiff of Staff, investigated, and told plaintiff, that hospital did receive plaintiff's Mother remains

CV-126 (09/09)           PLEADING PAGE FOR A COMPLAINT

1. Hosptal called mourturary to pick-up the body
2. Hosptal for whatever reason lied about not having plaintiff
3. Mother remains

9/13/23   *[signature]*